U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 2 6 2009

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BOBBY POWERS** | : | **DOCKET NO. 2:08-cv-1903**<br>**SEC. P** |
| VS. | : | **JUDGE MINALDI** |
| **WARDEN ALLEN CORRECTIONAL CENTER** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**IT IS ORDERED** that plaintiff's application for Writ of *Habeas Corpus* be **DENIED AND DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 26 day of March, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE